## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL MULHALL, | |
| **Plaintiff,** | **8:24CV251** |
| **vs.** | **ORDER** |
| AUTO-OWNERS INSURANCE COMPANY, | |
| **Defendant.** | |

The Court held a telephone conference with counsel for the parties on June 26, 2025, regarding written discovery disputes. The parties submitted position statements and other documents to the Court in advance of the hearing, which are attached to this Order.  The Court's ruling on the parties' disputes were stated on the record during the call, which will be uploaded as a separate audio file.  In accordance with the Court's rulings during the conference,

**IT IS ORDERED:**

1.  The Court rules in favor of Defendant as to the parties' disputes regarding Plaintiff's Interrogatory No. 3 and Requests for Production of Documents Nos. 21-23, 34-38, 53, 60, 61, and 62.  Defendant's amended and supplemental answers and responses to are sufficient and Defendant does not need to supplement or answer further.

2.  The Court rules in favor of Plaintiff as to the parties' disputes regarding Plaintiff's Interrogatory No. 4 and Requests for Production of Documents No. 58. Defendant's objections are overruled, and the deadline for Defendant to fully answer and respond is **July 28, 2025**.

3.  The Court ruled in favor of Defendant as to the parties' disputes regarding Plaintiff's Requests for Admissions Nos. 4, 6, 18, and 22.  Defendant's responses are sufficient, and it does not need to respond further.

4.  The Plaintiff's relevance objections to Defendant's Proposed Subpoena Duces Tecum to DeOld Andersen Architecture, LLC (Filing No. 42) are overruled.  However, the records request shall be limited to the time frame of February 11, 2022, to the present,

and to the condition of the subject property before the purchase and plans for renovation.

5. The Court overruled Plaintiff's objections to the deposition of Brandon Hamm (Filing No. 42); however, the deposition shall be limited in scope to the time frame of February 11, 2022, to the present, and to non-privileged factual circumstances relevant to Plaintiff's standing in this case.

6. Plaintiff's objection to the deposition of Dana Mulhall was withdrawn.

Dated this 26th day of June, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge